| Fill in this information to identify the case: | |
|---|---|
| Debtor name | E & L Young Enterprises, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 16-41784 |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 27, 2016**     X **/s/ Lorraine M. Young**
Signature of individual signing on behalf of debtor

**Lorraine M. Young**
Printed name

**President**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **E & L Young Enterprises, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................... $ **79,285.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $ **79,285.00**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................................. $ **2,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ **174,774.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ **663,074.00**

4. **Total liabilities** ...............................................................................................................................
   Lines 2 + 3a + 3b $ **839,848.00**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **E & L Young Enterprises, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor — Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo | Checking account | 2480 | $0.00 |
| 3.2. | Wells Fargo | Merchant account | 3941 | $0.00 |
| 3.3. | Wells Fargo | Savings account | 6864 | $0.00 |
| 3.4. | Wells Fargo | Savings account | 2923 | $0.00 |
| 3.5. | Chase | Checking account | 9660 | $1,240.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**  $1,240.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 1

Debtor   **E & L Young Enterprises, Inc.**   Case number *(If known)*
         Name

- ☐ No. Go to Part 3.
- ☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | 7.1. | Security deposit on business lease premises | $3,000.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                                                                    $3,000.00
   Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    - ☐ No. Go to Part 4.
    - ☒ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:   **39,645.00**   -   **0.00**   = ....   **$39,645.00**
                                face amount          doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                                                   $39,645.00
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

    - ☒ No. Go to Part 5.
    - ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    - ☐ No. Go to Part 6.
    - ☒ Yes Fill in the information below.

    | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|---|
    | 19. **Raw materials** **Scrap granite slabs, misc. tile** | | $0.00 | | $1,750.00 |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

| Debtor | E & L Young Enterprises, Inc. | Case number *(If known)* | | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| | Various business supplies | | $0.00 | $100.00 |

23. **Total of Part 5.** $1,850.00

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☒ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No. Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**2 Desks, 2 chairs, Drafting table** | $0.00 | | $100.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computer and printer** | $0.00 | | $100.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** $200.00

    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

Debtor    **E & L Young Enterprises, Inc.**    Case number *(If known)*
_____
Name

☒ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Bridge Saw, stone and tile saws, suction cup transport, remnant and slab racks, cart, router and bits, shelving, slab and C clamp, warmer** | **$0.00** | | **$33,350.00** |

| 51. | **Total of Part 8.** | | | **$33,350.00** |
|---|---|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **E & L Young Enterprises, Inc.**                                                          Case number *(If known)*
         Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,240.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $39,645.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,850.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $33,350.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $79,285.00  + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $79,285.00 |

## Fill in this information to identify the case:

Debtor name: **E & L Young Enterprises, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property      12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Nicola Marchev**<br>Creditor's Name<br>**Custom Stone**<br>**2999 Teagarden**<br>**San Leandro, CA 94577**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Bridge Saw**<br><br>**Describe the lien**<br>**Equipment loan**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,000.00 | $18,000.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $2,000.00

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |                                                                                                                                                          |                                                                                                      | Total claim | Priority amount |
|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------|------------------------------------------------------------------------------------------------------|-------------|-----------------|
| 2.1 | Priority creditor's name and mailing address<br>**Board of Equalization, State of CA**<br>**Acct Analysis Ctrl Sec MIC: 29**<br>**P.O. Box 92879**<br>**Sacramento, CA 94279-0029** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $0.00 | $0.00 |
|     | Date or dates debt was incurred                                                                                                                          | Basis for the claim:<br>**NOTICE ONLY**                                                              |             |                 |
|     | Last 4 digits of account number **5186**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)                              | Is the claim subject to offset?<br>■ No<br>☐ Yes                                                     |             |                 |
| 2.2 | Priority creditor's name and mailing address<br>**EDD-State of California**<br>**Bankruptcy Unit-MIC 92E**<br>**P.O. Box 826880**<br>**Sacramento, CA 94280** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $60,701.00 | $60,701.00 |
|     | Date or dates debt was incurred<br>**2015-2016**                                                                                                         | Basis for the claim:<br>**Tax arrears**                                                              |             |                 |
|     | Last 4 digits of account number **5186**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)                              | Is the claim subject to offset?<br>■ No<br>☐ Yes                                                     |             |                 |

| Debtor | E & L Young Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**Bankruptcy Section MS A340**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| | Last 4 digits of account number **5186**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $114,073.00 | $114,073.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2013-2015** | Basis for the claim:<br>**Tax arrears** | | |
| | Last 4 digits of account number **5186**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**U.S. Attorney General**<br>**Civil Trial Sec. Western**<br>**P.O. Box 683 Ben Franklin**<br>**Washington, DC 20044** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **5186**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**United States Attorney's Office**<br>**Attn: Chief Tax Division**<br>**450 Golden Gate Ave. 11th Fl.**<br>**San Francisco, CA 94102** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **5186**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| | | | |
|---|---|---|---|
| Debtor | **E & L Young Enterprises, Inc.** <br> Name | Case number (if known) | |

| | | | |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** <br> **Amtrust North America** <br> **800 Superior Ave. #E** <br> **Cleveland, OH 44114** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Worker's Comp policy (Annual premium)** <br><br> Is the claim subject to offset? ■ No ☐ Yes | $32,700.00 |
| 3.2 | **Nonpriority creditor's name and mailing address** <br> **Barclay's Card Svcs.** <br> **P.O. Box 60517** <br> **City of Industry, CA 91716-0517** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number **7020** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Credit Card Charges** <br><br> Is the claim subject to offset? ■ No ☐ Yes | $5,608.00 |
| 3.3 | **Nonpriority creditor's name and mailing address** <br> **Berkshire Hathaway** <br> **P.O. Box 881236** <br> **San Francisco, CA 94188** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number **2270** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Worker's Comp Ins. Policy** <br><br> Is the claim subject to offset? ■ No ☐ Yes | $4,269.00 |
| 3.4 | **Nonpriority creditor's name and mailing address** <br> **Bricklayers & Allied Craftworkers Union** <br> **c/o Lori A. Nord, Esq.** <br> **Kraw Law Group** <br> **605 Ellis Str. #200** <br> **Mountain View, CA 94043** <br><br> Date(s) debt was incurred **2013** <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Settlement from Case No. CV 11-5051 SI** <br><br> Is the claim subject to offset? ■ No ☐ Yes | $110,000.00 |
| 3.5 | **Nonpriority creditor's name and mailing address** <br> **Capital One** <br> **P.O. Box 60599** <br> **City of Industry, CA 91716-0599** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number **6486** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Credit Card Charges** <br><br> Is the claim subject to offset? ■ No ☐ Yes | $7,809.00 |
| 3.6 | **Nonpriority creditor's name and mailing address** <br> **Corporation Service Company** <br> **801 Adlai Stevenson Dr.** <br> **Springfield, IL 62703** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **NOTICE ONLY** <br><br> Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.7 | **Nonpriority creditor's name and mailing address** <br> **Direct Stone Tool Supply** <br> **2400 Teagarden Str.** <br> **San Leandro, CA 94577** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number **7409** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $27.00 |

| Debtor | **E & L Young Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Employers' Resource**<br>**340 Rancheros Dr. #264**<br>**San Marcos, CA 92069**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Payroll service**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,000.00** |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Employment Development Department**<br>**Lien Group, MIC 92G**<br>**Attn: Teresa Gage**<br>**P.O. Box 826880**<br>**Sacramento, CA 94280-0001**<br><br>Date(s) debt was incurred **2012-2013**<br>Last 4 digits of account number **5186** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Tax arrears**<br>Is the claim subject to offset? ■ No ☐ Yes | **$33,789.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Employment Development Department**<br>**Lien Group, MIC 92G**<br>**Attn: Teresa Gage**<br>**P.O. Box 826880**<br>**Sacramento, CA 94280-0001**<br><br>Date(s) debt was incurred **2012-2015**<br>Last 4 digits of account number **5186** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Tax penalties**<br>Is the claim subject to offset? ■ No ☐ Yes | **$23,331.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Fast Gas and Propane**<br>**13700 Catalina St.**<br>**San Leandro, CA 94577**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Fuel**<br>Is the claim subject to offset? ■ No ☐ Yes | **$482.00** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Franchise Tax Board**<br>**P.O Box 942867**<br>**Sacramento, CA 94267**<br><br>Date(s) debt was incurred **2011**<br>Last 4 digits of account number **5186** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Tax arrears**<br>Is the claim subject to offset? ■ No ☐ Yes | **$20,553.00** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Date(s) debt was incurred **2010-2015**<br>Last 4 digits of account number **5186** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Tax penalties**<br>Is the claim subject to offset? ■ No ☐ Yes | **$17,386.00** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Date(s) debt was incurred **2010-2013**<br>Last 4 digits of account number **5186** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Tax arrears**<br>Is the claim subject to offset? ■ No ☐ Yes | **$365,301.00** |

| | | |
|---|---|---|
| Debtor | **E & L Young Enterprises, Inc.** | Case number (if known) |
| | Name | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Internal Revenue Service**<br>**Attn: Elizabeth Castaneda**<br>**P.O. Box 145595, Stop 8420G**<br>**Cincinnati, OH 45250-5585** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number  **4816** | Basis for the claim:  **NOTICE ONLY**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Jorge Gonzales**<br>**Perfection Connection**<br>**1018 Las Palmas Ave.**<br>**Patterson, CA 95363** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $34,573.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Materials**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address**<br>**State Fund Compensation Ins.**<br>**P.O. Box 7441**<br>**San Francisco, CA 94120** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number  **3309** | Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Tile Setters Toy Store**<br>**6800 Sierra Ct.**<br>**Dublin, CA 94568** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,811.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Wells Fargo**<br>**Deposits Bankruptcy Dept.**<br>**P.O. Box 3908**<br>**Portland, OR 97208-3208** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,160.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number  **2480** | Basis for the claim:  **Deficiency balance**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Western Tool and Supply Co.**<br>**P.O. Box 2420**<br>**Livermore, CA 94551-2420** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $275.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number  **7163** | Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| Debtor | **E & L Young Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 174,774.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 663,074.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 837,848.00 |

## Official Form 206H
## Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**          *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Eric L. Young** | **3783 Yosemite Ct. South Pleasanton, CA 94588** | **Barclay's Card Svcs.** | ☐ D _____<br>■ E/F    **3.2**<br>☐ G _____ |
| 2.2 | **Eric L. Young** | **3783 Yosemite Ct. South Pleasanton, CA 94588** | **Capital One** | ☐ D _____<br>■ E/F    **3.5**<br>☐ G _____ |