**Entered on Docket**
**July 26, 2016**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**The following constitutes the order of the court.
Signed July 26, 2016**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 16-41784 |
| | Chapter 11 |
| E&L Young Enterprises, Inc., | |
| | **Hearing** |
| Debtor. | Date: July 27, 2016 |
| | Time: 10:30 a.m. |
| | Place: Courtroom 220 |
| | 1300 Clay Street |
| | Oakland, CA 94612 |

### MEMORANDUM

On July 20, 2016, the United States Trustee and Debtor filed the *Stipulation Between United States Trustee and Debtor for Modification of Terms of Debtor's Counsel's Employment and Establishing Deadlines for Supplemental Disclosures* (doc. 39) (the "Stipulation"). Having reviewed the Stipulation, the Court has some questions for the parties and hereby requests that the parties be prepared to discuss the Stipulation at the upcoming status conference on July 27, 2016.

**\*END OF MEMORANDUM\***

**COURT SERVICE LIST**

All ECF participants.