**Entered on Docket**
**July 29, 2016**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed July 29, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 16-41784 |
| | Chapter 11 |
| E & L Young Enterprises, Inc., | |
| | **Hearing** |
| Debtor. | Date: August 3, 2016 |
| | Time: 10:30 a.m. |
| | Place: Courtroom 220 |
| | 1300 Clay Street |
| | Oakland, CA 94612 |

## MEMORANDUM RE: TAKING STATUS CONFERENCE OFF CALENDAR

On June 29, 2016, a *Notice of Status Conference in Chapter 11 Case* (doc. 13) was administratively docketed by the Clerk of the Court, thereby setting a status conference for August 3, 2016. On July 1, 2016, after reviewing the schedules and realizing that an earlier status conference should be held, the Court set a status conference for July 27, 2016. In light of the July 27, 2016 status conference held by the Court, the **Court hereby takes the August 3, 2016 status conference off calendar**.

*END OF MEMORANDUM*

**COURT SERVICE LIST**

All ECF participants.